**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |
|---|---|
| In re: | ) CASE NO. **6:21-bk-02296-KSJ** |
| **Khaoula Bouhlal and** | ) |
| **Samir Elmaraghi** | ) CHAPTER 7 |
| Debtors. | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

**NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE EXTENSION DUE TO THE COVID-19 PANDEMIC**

Now comes Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance extension of nine (9) months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 10/01/20 through 06/01/21. Creditor holds a secured interest in real property commonly known as 2409 E. Marks Street Orlando, FL 32803.Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forebearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 07/01/21 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance

arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

                                      McCalla Raymer Leibert Pierce, LLC

                                      /s/ *Neisi I. Garcia Ramirez*
                                      /ss/ NEISI I. GARCIA RAMIREZ
                                      Agent for Creditor
                                      110 S.E. 6th Street, Suite 2400
                                      Ft. Lauderdale, FL 33301
                                      Phone:  954-332-9426
                                      Fax:  954-332-9426
                                      Email:  Neisi.garciaramirez@mccalla.com

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing *Notice of Debtor's Request for Forbearance* was served on May 28, 2021 upon the Debtor (s) Khaoula Bouhlal and Samir Elmaraghi at 2409 E. Marks Street Orlando, FL 32803, and upon all other interested parties vie electronic service.

By: */s/Neisi I. Garcia Ramirez*
/ss/ NEISI I. GARCIA RAMIREZ

**Paulette Hamilton**
Law Office of Paulette Hamilton, P.A.
6965 Piazza Grande Avenue
Suite 215
Orlando, FL 32835

*Trustee*
**Emerson C Noble**
Post Office Box 622798
Oviedo, FL 32762-2798

*U.S. Trustee*
**United States Trustee - ORL7/13**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801